United States District Court
Southern District of Texas
**ENTERED**
October 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| PATRICIA LOTT, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:26-cv-4571 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| EQUIFAX INFORMATION | § | |
| SERVICES, LLC, | § | |
| Defendant. | § | |

**ORDER ADOPTING**
**REPORT AND RECOMMENDATION**

Plaintiff Patricia Lott filed this action *pro se* against Defendant Equifax Information Services LLC for alleged violations of the Fair Credit Reporting Act, 15 USC §1681. Dkt 1. She asserts that Equifax failed to clearly and accurately disclose all information in her file. Id at ¶¶92–102.

The matter was referred to Magistrate Judge Dena H. Palermo. Dkt 4. She ordered Plaintiff to provide proof of timely service by September 25, 2026. Dkt 5 at 1. The order noted that failure to make such filing may result in dismissal of the case. Ibid.

No such proof of service was filed. Judge Palermo thus recommends that the case be dismissed without prejudice pursuant to Rule 4(m) for failure to serve Defendants within ninety days of filing the complaint. Dkt 6.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no

clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Report and Recommendation, the record, and the applicable law.

The Report and Recommendation of the Magistrate Judge is ADOPTED as the Report and Order of this Court. Dkt 6.

This action is DISMISSED WITHOUT PREJUDICE. A final judgment will issue by separate order. SO ORDERED.

Signed on October 29, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge